UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA R.[1]<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. EDCV 23-0012 (PVC)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

　　　On September 6, 2023, this Court issued a Report and Recommendation, recommending that the decision of the Commissioner denying benefits to Plaintiff be reversed and that this case be remanded for further administrative proceedings consistent with the Report and Recommendation.  (Dkt. No. 18).  The Commissioner has not filed any objections, which were due by September 20, 2023.  (Dkt. No. 17).

　　　In the meantime, on September 8, 2023—after the Court had issued the Report and Recommendation—Plaintiff consented pursuant to 28 U.S.C. § 636(c) to the jurisdiction

---

[1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

of the undersigned Magistrate Judge. (Dkt. No. 19). The Commissioner had previously filed her consent on January 24, 2023. (Dkt. No. 6). The Local Rules of the Central District plainly permit the parties to consent "at any time prior to the entry of judgment." L.R. 73-3. Because no judgment has been entered in this action, Plaintiff's consent is valid, and the case was assigned to the undersigned Magistrate Judge for all further proceedings and final disposition on September 11, 2023. (Dkt. No. 20). Accordingly, the Court adopts the findings and conclusions of the Report and Recommendation.

IT IS ORDERED that the decision of the Commissioner be REVERSED and that the above-captioned action be REMANDED to the Commissioner for further action consistent with the Court's Report and Recommendation of United States Magistrate Judge. IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on counsel for Plaintiff and counsel for Defendant.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATE: September 29, 2023

PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE